UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-3228

HENRY G. BAXTER,
                              Appellant

v.

JODY AMANDA BAXTER

On Appeal from the United States District Court
for the District of Delaware
D.C. Civil Action No. 04-cv-00308
(Honorable Joseph J. Farnan, Jr.)

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 26, 2005

Before: SCIRICA, *Chief Judge*, ALITO and GARTH, *Circuit Judges*

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on May 26, 2005. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered July 12, 2004, be, and the same is hereby reversed and the case remanded for proceedings consistent with this opinion. Costs taxed against appellee. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: September 15, 2005

Certified as a true copy and issued in lieu
of a formal mandate on October 11, 2005



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk