OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4918

www.ca3.uscourts.gov

October 11, 2005

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 04-3228**
    **Baxter   vs. Baxter**
    **D.C. No. 04-cv-00308**

Dear Mr. Dalleo:

　　Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

　　We release herewith the certified list in lieu of the record in the case(s).

　　Kindly acknowledge receipt for same on the enclosed copy of this letter.

　　Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　MARCIA M. WALDRON
　　　　　　　　　　　　　Clerk

　　　　　　　　　　　By: Phyllis Ruffin
　　　　　　　　　　　　　Case Manager

Enclosure

cc:  Matt Neiderman, Esq.
    Georgia L. Leonhart, Esq.
    Gerard F. Gray, Esq.