IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| HENRY G. BAXTER, | : | |
| | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 04-308-JJF |
| | : | |
| JODY AMANDA BAXTER, | : | |
| | : | |
|     Respondent. | : | |

### ORDER

WHEREAS, a Mandate was issued by the Third Circuit Court of Appeals in connection with the appeal of the above-captioned case on September 15, 2005, and received by this Court on October 11, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that a telephonic conference will be held at **3:00 p.m. on Thursday, October 20, 2005.** Counsel for Petitioner shall initiate the call.

October 17, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE