# Gray & Associates

Gerry Gray ❖ ♦

13 East Laurel Street
Georgetown, DE 19947
(302) 856-4101 (phone)
(302) 856-0934 (fax)

gerrygray@verizon.net
grayrealestate@verizon.net
graybankruptcy@verizon.net

November 8, 2005



Deborah Krett, Case Manager
for The Honorable Joseph J. Farnan, Jr,
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

FAX: 302-573-6435

Dear Ms. Krett:

Enclosed please find the Respondent's Proposed Order on the placement transfer of Torin Baxter. I apologize for the delay in providing this Proposed Order. I misunderstood the Judge's instructions on this matter.

Sincerely,

Gerry Gray

enc.

pc:   Matt Neiderman, Esq.

*Also admitted in:* ❖ *PA* ♦ *NH*