IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re the Application of:           :
                                    :
**HENRY G. BAXTER**,                :
                                    :
            Petitioner,             :
                                    :
      v.                            :      C.A. No. 04-308 (JJF)
                                    :
**JODY AMANDA BAXTER**,             :
                                    :
            Respondent.             :
                                    :

### NOTICE OF APPEAL

Notice is hereby given that Petitioner, Henry G. Baxter, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order Directing Return of Minor Child to Country of Habitual Residence, dated November 22, 2005: (i) setting the date for the return of the parties' minor child nearly three months after the mandate issued from the United States Court of Appeals for the Third Circuit and three weeks beyond the date requested by either party and (ii) ordering the Petitioner to bear the costs of the return in violation of 42 U.S.C. § 11607(b)(3).  (See Order attached as Exhibit "A").

DATED:      November 28, 2005          **DUANE MORRIS LLP**

                                       Matt Neiderman (Del. I.D. No. 4018)
                                       1100 North Market Street, 12th Floor
                                       Wilmington, Delaware 19801
                                       302.657.4900

                                       *Attorneys for Petitioner*