## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on November 28, 2005, I caused true and correct copies of the foregoing "Notice of Appeal" to be served by facsimile upon the following counsel of record:

>Gerry Gray, Esq.
>Houghton Holly & Gray LLP
>13 East Laurel Street
>Georgetown, DE 19947

_/s/ Matt Neiderman_
Matt Neiderman

WLM\199405.1