## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

December 2, 2005

Matthew Neiderman, Esq.
Duane Morris LLP
110 North Market Street
12th Floor
Wilmington, Delaware 19801

Gerard Gray, Esquire
Gray & Associates
13 East Laurel Street
Georgetown, DE 19947

      RE:    Baxter v. Baxter,
                C.A. No. 04-308-JJF

Dear Counsel:

      The Court understands that Petitioner has filed an appeal of the Court's November 22, 2005 Order which has the effect of staying the provisions of that Order. As a result, the Court understands that the minor child may not be returned on or about January 5, 2006. The Court further understands that the remaining provisions of the Court's Order are without effect at this time.

      If either party believes that the above understandings are incorrect, please advise the Court in writing no later than December 8, 2005.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc:      Clerk, United States District Court