# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

December 8, 2005

Matthew Neiderman, Esq.
Duane Morris LLP
110 North Market Street
12th Floor
Wilmington, Delaware 19801

Gerard Gray, Esquire
Gray & Associates
13 East Laurel Street
Georgetown, DE 19947

      RE:   Baxter v. Baxter,
                C.A. No. 04-308-JJF

Dear Counsel:

     The Court has received Mr. Neiderman's response to the Court's December 2, 2005 letter. To date, Mr. Gray has not filed a response.

     If the Court's November 22, 2005 Order is not effectively stayed by Petitioner's appeal, do the parties expect the Court to enforce the provisions of the Order requiring compliance before January 5, 2005, including (1) the provision of Petitioner's address to Respondent under paragraph 5, (2) the holding of a hearing on costs pursuant to paragraph 6, and (3) the return of the child by January 5, 2006, pursuant to paragraph 1, the latter two of which are the subject of Petitioner's appeal?

Matthew Neiderman, Esq.
Gerard Gray, Esq.
December 6, 2005
Page 2

     The Court requests the parties to provide a response to these questions no later than Tuesday, December 13, 2005.

                                  Sincerely,

                                  JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc:    Clerk, United States District Court