

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 3026574920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

December 12, 2005

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

    Re:    **Baxter v. Baxter, C.A. No 04-308 (JJF)**

Dear Judge Farnan:

    We write in response to the Court's December 2, 2005 letter to counsel and in follow up to our letter to the Court dated December 5, 2005, as a result of recent developments in this case.

    After counseling with my client, Mr. Baxter recognizes that, given the rapidly approaching holidays and the current status of this case, it would be in Torin's best interests for his return to take place after the first of the year, in the timeframe set forth in the Court's November 22 Order. Also, Mr. Baxter just learned that he will in fact be receiving financial assistance for Torin's return from the Australian Central Authority. As a result, Mr. Baxter has authorized me to seek a voluntarily dismissal of his pending appeal of the Court's November 22, 2005 Order, which we are in the process of doing.

    With respect to the Court's November 22 Order, earlier this week, we provided counsel for Mrs. Baxter with Mr. Baxter's current address and telephone number. It is our understanding that Mrs. Baxter has already confirmed this information. We have requested and are awaiting confirmation from counsel for Mrs. Baxter that he has taken possession of Torin's passports and other identification. Finally, it is my understanding that Mr. Baxter has been having regular telephone calls with Torin.



The Honorable Joseph J. Farnan, Jr.
December 12, 2005
Page 2

      We remain available at the Court's convenience should Your Honor have any questions concerning this matter.

                Respectfully submitted,

                /s/  Matt Neiderman
                MATT NEIDERMAN (I.D. No. 4018)

MXN/sb
cc:    Clerk of Court (*by e-filing*)
       Gerry Gray, Esq. (*by e-filing*)

WLM\212780.1