**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 05-5186

Baxter

vs.

Baxter

Henry G. Baxter, Appellant

(Delaware District Civil No. 04-cv-00308)

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

                                     Clerk
                                     United States Court of Appeals
                                     for the Third Circuit

Date: December 19, 2005
cc:
      Matt Neiderman, Esq.
      Gerard F. Gray, Esq.