CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00308-JJF
#### Internal Use Only

| | |
|---|---|
| Baxter v. Baxter | Date Filed: 05/13/2004 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: None |
| Demand: $0 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 42:11601 International Child Abduction Remedies Act | Jurisdiction: Federal Question |

**Petitioner**

**Henry G. Baxter**     represented by     **Matt Neiderman**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900
Email: mneiderman@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Jody Amanda Baxter**     represented by     **Gerard F. Gray**
Gray & Associates
13 East Laurel Street
Georgetown, DE 19947
(302) 856-4101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2004 | 1 | Expedited Petition by Henry G. Baxter with Proposed Order for Return of Minor Child to Australia (exit KAJ) (dab) (Entered: 05/13/2004) |
| 05/13/2004 | 2 | NOTICE of Petition in Lieu of Summons by Henry G. Baxter (dab) (Entered: 05/13/2004) |
| 05/13/2004 | 3 | Letter to Clerk of the Court from Matt Neiderman re requesting matter be handled on an expedited basis (dab) (Entered: 05/13/2004) |
| 05/14/2004 | | Submit for weekly case assignment (dab) (Entered: 05/14/2004) |
| | | |

| | | |
|---|---|---|
| 10/17/2005 | 31 | Order Setting Teleconference: Telephone Conference set for 10/20/2005 at 03:00 PM in Courtroom 4B before Honorable Joseph J. Farnan, Jr.; Counsel for Petitioner shall initiate the call. Signed by Judge Joseph J. Farnan, Jr. on 10/17/05. (afb, ) (Entered: 10/17/2005) |
| 10/18/2005 | 32 | (SEALED) Letter to The Clerk of the Court from Georgia Lewis Leonhart, dated 10/18/05. (afb, ) (Entered: 10/18/2005) |
| 10/20/2005 | | Minute Entry for proceedings held before Judge Joseph J. Farnan, Jr. : Telephone Conference held on 10/20/2005. Decision: Parties to submit proposed order by 10/28/05 w/ issues of time and expense. Court will enter order by the end of the month. (Court Reporter Karen McCloskey from Hawkins ct. rptr.) (afb, ) (Entered: 10/20/2005) |
| 11/01/2005 | 33 | Letter to The Honorable Joseph J. Farnan, Jr. from Matt Neiderman, Esq. regarding Proposed Order for Return of Minor Child to Australia. (Attachments: # 1 Text of Proposed Order Proposed Order for Return of Minor Child)(Neiderman, Matt) (Entered: 11/01/2005) |
| 11/10/2005 | 34 | RESPONDENT'S PROPOSED ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE (faxed copy received on 11/08/06) by Gerry Gray, Esq. (Attachments: # 1 letter) (afb, ) (Entered: 11/15/2005) |
| 11/22/2005 | 35 | ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE that Torin Baxter shall be returned in the company of his father Henry G. Baxter, on or about January 5, 2006. (SEE ORDER FOR DETAILS). Signed by Judge Joseph J. Farnan, Jr. on 11/22/05. (afb, ) (Entered: 11/22/2005) |
| 11/28/2005 | 36 | NOTICE OF APPEAL of 35 Order, *Directing Return of Minor Child*. Appeal filed by Henry G. Baxter. Time of Filing: 9:00 AM. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Neiderman, Matt) (Entered: 11/28/2005) |
| 11/28/2005 | 37 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 36 Notice of Appeal (Third Circuit) filed by Henry G. Baxter. USCA Case Number 05-5186. USCA Case Manager: Chiquita Dyer (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF)(ch2, ) (Entered: 11/28/2005) |
| 11/28/2005 | | USCA Appeal Fees received: $ 255, receipt number 141309 re 36 Notice of Appeal (Third Circuit) filed by Henry G. Baxter, Transcript Purchase Order issued by USDC Clerk's Office. (els, ) (Entered: 11/28/2005) |
| 12/01/2005 | 38 | TRANSCRIPT of Teleconference held on 10/20/05 before Judge Farnan, Jr.; Court Reporter: Karen McCloskey from Hawkins ct. rptr.; (Transcript on file in Clerk's Office) (afb, ) (Entered: 12/01/2005) |
| 12/02/2005 | 39 | Letter to Mr. Neiderman and Mr. Gray stating the Court understands an appeal has been filed which has the effect of staying the provisions of the Court's Nov. 22, 2005 Order. (See letter for details) (dlk ) (Entered: 12/02/2005) |